IO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hartz, Harris L | Tenth Circuit Court of Appeals | 06/21/2001 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge Nominee | X Nomination, Date 06/21/2001 <br><br> Initial   Annual   Final | 01/01/2000 to 06/06/2001 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 25 Louisiana NW <br><br> Washington, D.C. 20001 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Partner | Family Partnership |
| 2 | Employee | Stier, Anderson & Malone LLC |
| 3 | Trustee | Trust No. 1 |

## I. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | | My judicial pension from the State of New Mexico has vested and will be distributed when I am age-eligible. |
| 2 | | |
| 3 | | |

## II. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 1999 | State of New Mexico judge | 61,791 |
| 2 | 2000 | Stier, Anderson & Malone, LLC employee | 164,461 |
| 3 | 2001 | Stier, Anderson & Malone, LLC employee | 80,000 |
| 4 | 1999 | State of New Mexico employee | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| NONE | (No such reportable reimbursements.) | |
| 1 | | exempt |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| NONE | (No such reportable gifts.) | | |
| 1 | exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| NONE | (No reportable liabilities.) | | |
| 1 | St. Albans School | Tuition, room, and board | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period Exempt (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Trust 1 | E | Div. and int | O | T | | | | | |
| 2 --BRKA | | | | | | | | | |
| 3 --OIB | | | | | | | | | |
| 4 --NUV | | | | | | | | | |
| 5 --PNW | | | | | | | | | |
| 6 --SPI | | | | | | | | | |
| 7 --SO | | | | | | | | | |
| 8 --TOS | | | | | | | | | |
| 9 --ATF | | | | | | | | | |
| 10 --MIR | | | | | | | | | |
| 11 --Farmington NM Pwr Rev, due 1/13, muni bd | | | | | | | | | |
| 12 --Unit IMIT Muni Ins. Long Term 86 QPS, bond fund | | | | | | | | | |
| 13 --Unit IMIT Muni Ins. Long Term 40 QPS, bond fund | | | | | | | | | |
| 14 --Unit IMIT Muni Ins. Long Term 39 QPS, muni bd fund | | | | | | | | | |
| 15 --Unit MIT Muni Nat'l Long Term I SPS, muni bd fund | | | | | | | | | |
| 16 --Unit MIT Muni Nat'l Long Term 1C SPS, muni bd fund | | | | | | | | | |
| 17 --Unit Muni Bd Trust Series 7, muni bd fund | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period — Exempt (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 --TWCUX | | | | | | | | | |
| 19 --FIIIX | | | | | | | | | |
| 20 --JANSX | | | | | | | | | |
| 21 --NGUAX | | | | | | | | | |
| 22 --NPRTX | | | | | | | | | |
| 23 --AMOBX | | | | | | | | | |
| 24 --GLBBX | | | | | | | | | |
| 25 --TGRBX | | | | | | | | | |
| 26 --USGBX | | | | | | | | | |
| 27 --MSDW World Wide Income B, mutual fund | | | | | | | | | |
| 28 --DINBX | | | | | | | | | |
| 29 --San Juan County real estate | | | | | | | | | |
| 30 --Templeton Global Government Income Trust | | | | | | | | | |
| 31 Trust 2 | E | Dividend | M | T | | | | | |
| 32 --Fidelity Advisor Equity Grth I #86, mutual fund | | | | | | | | | |
| 33 --SEI Large Cap Value Fd, mutual fd | | | | | | | | | |
| 34 --SEI Small Cap Growth Fd, mutual fd | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period Exempt (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35  --SEI Small Cap Value Fd, mutual fd | | | | | | | | | |
| 36  --Vanguard Special Port Healthcare #52, mutual fd | | | | | | | | | |
| 37  --SEI Int'l Equity Fd, mutual fd | | | | | | | | | |
| 38  --SEI Prime Obligation fund, mutual fd | | | | | | | | | |
| 39  Trust 3 | E | Rent, ints t* | M | W | | | | | |
| 40  --Parcel 1 Unimproved real estate in San Juan County, NM | | | | | | | | | |
| 41  --Parcel 2 Unimproved real estate in San Juan County, NM | | | | | | | | | |
| 42  --Note payable from Paul Gordy | | | | | | | | | |
| 43  Trust 4 | E | Dividend | N | T | | | | | |
| 44  --BRKA | | | | | | | | | |
| 45  --Fidelity Asset Mgr., mutual fd | | | | | | | | | |
| 46  --ILAF | | | | | | | | | |
| 47  --DIVBX | | | | | | | | | |
| 48  --TAXDX | | | | | | | | | |
| 49  --VADBX | | | | | | | | | |
| 50  --OPTRX | | | | | | | | | |
| 51  --VZ | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period<br>Exempt | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 --FDLBX | | | | | | | | | |
| 53 Trust 5 | E | Dividend | N | T | | | | | |
| 54 --BRKA | | | | | | | | | |
| 55 --CMP | | | | | | | | | |
| 56 --SBF | | | | | | | | | |
| 57 --MSDW Government Inc. Trust, cmn | | | | | | | | | |
| 58 --DIVBX | | | | | | | | | |
| 59 --FDLBX | | | | | | | | | |
| 60 --ILAF | | | | | | | | | |
| 61 --VADBX | | | | | | | | | |
| 62 --Fidelity Asset Mgr., mutual fd | | | | | | | | | |
| 63 --OPTRX | | | | | | | | | |
| 64 --MSDW Municipal Income Trust II | | | | | | | | | |
| 65 403B account | A | Dividend | J | T | | | | | |
| 66 --PGRWX | | | | | | | | | |
| 67 401(k) account 1 | | None | L | T | | | | | |
| 68 --FMAGX | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 5 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period Exempt (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69  401(k) account 2 | | None | M | T | | | | | |
| 70  --DRTCX | | | | | | | | | |
| 71  --FGRIX | | | | | | | | | |
| 72  --FMAGX | | | | | | | | | |
| 73  --NMANX | | | | | | | | | |
| 74  State Retirement Account 1 | B | Interest | K | T | | | | | |
| 75  State Retirement Account 2 | B | Interest | K | T | | | | | |
| 76  Individual Retirement Annuity | A | Dividend | M | T | | | | | |
| 77  --Aetna Balanced VP | | | | | | | | | |
| 78  --Aetna Fixed Account | | | | | | | | | |
| 79  --Aetna GET Fund, Series D | | | | | | | | | |
| 80  IRA Account 1: | C | Dividend | L | T | | | | | |
| 81  --SPIBX | | | | | | | | | |
| 82  --USGBX | | | | | | | | | |
| 83  --DIVBX | | | | | | | | | |
| 84  --EUGBX | | | | | | | | | |
| 85  --MSDW Liquid Asset Fund, mutual fd | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less      B=$1,001-$2,500      C=$2,501-$5,000      D=$5,001-$15,000      E=$15,001-$50,000
(Col. B1, D4)      F=$50,001-$100,000      G=$100,001-$1,000,000      H1=$1,000,001-$5,000,000      H2=$5,000,001 or more

2 Val Codes:      J=$15,000 or less      K=$15,001-$50,000      L=$50,001-$100,000      M=$100,001-$250,000      N=$250,001-$500,000
(Col. C1, D3)      O=$500,001-$1,000,000      P1=$1,000,001-$5,000,000      P2=$5,000,001-$25,000,000      P3=$25,000,001-$50,000,000      P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal      R=Cost (real estate only)      S=Assessment      T=Cash/Market
(Col. C2)      U=Book Value      V=Other      W=Estimated

## VII. Page 6 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period Exempt (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 --US Treasury Bonds | | | | | | | | | |
| 87 IRA Account 2 | C | Dividend | K | T | | | | | |
| 88 --AMOBX | | | | | | | | | |
| 89 --MSDW Liquid Asset Fund, mutual fd | | | | | | | | | |
| 90 --USGBX | | | | | | | | | |
| 91 --US Treasury Bond, due 11/12 | | | | | | | | | |
| 92 Annuity 1 | | None | J | T | | | | | |
| 93 --Aetna GET Fund Series E | | | | | | | | | |
| 94 Northbrook Life Ins. Co. annuity | B | Interest | K | T | | | | | |
| 95 Northwestern Mutual Life Annuity | A | Dividend | K | T | | | | | |
| 96 C.M. Life Ins. policy | C | Interest | L | T | | | | | |
| 97 MONY Life Insurance Policy | A | Dividend | K | T | | | | | |
| 98 Security Connecticut Life Ins. Policy #1 | B | Interest | K | T | | | | | |
| 99 Security Connecticut Life Insurance Policy #2 | B | Interest | K | T | | | | | |
| 100 BABEX | C | Dividend | L | T | | | | | |
| 101 EVGFX | C | Dividend | J | T | | | | | |
| 102 OPPAX | D | Dividend | K | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period Exempt | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 PZMCX | B | Dividend | J | T | | | | | |
| 104 SCINX | C | Dividend | K | T | | | | | |
| 105 VWINX | C | Dividend | K | T | | | | | |
| 106 MSDW Active Assets Money Trust, mutual fd | B | Dividend | K | T | | | | | |
| 107 AMOBX | | None | J | T | | | | - | ʳ |
| 108 DIVBX | D | Dividend | L | T | | | | | |
| 109 EUGBX | A | Dividend | J | T | | | | | |
| 110 GLBBX | A | Dividend | K | T | | | | | |
| 111 UTLBX | B | Dividend | K | T | | | | | |
| 112 BRKB | | None | K | T | | | | | |
| 113 CHTR | | None | J | T | | | | | |
| 114 CSCO | | None | J | T | | | | | |
| 115 MRK | A | Dividend | J | T | | | | | |
| 116 OIA | A | Dividend | J | T | | | | | |
| 117 NYT | A | Dividend | J | T | | | | | |
| 118 Technology Commercialization Int'l, cmn | | None | K | W | | | | | |
| 119 Unit MIT Municipal Nat'l Long Term 116 MPS, investment trust | A | Interest | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)   U=Book Value    V=Other    W=Estimated

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period Exempt | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120 Unit MIT Municipal Nat'l Long Term 71 MPS, investment trust | A | Interest | J | T | | | | | |
| 121 Unit MIT Municipal Nat'l Long Term 94 MPS, investment trust | A | Interest | J | T | | | | | |
| 122 Unit MIT Municipal Nat'l Long Term 190 MPS, investment trut | A | Interest | J | T | | | | | |
| 123 Sun Trust Bank account | A | Interest | J | T | | | | | |
| 124 Wells Fargo Bank account | B | Interest | K | T | | | | | |
| 125 State of Israel Bonds | A | Interest | J | W | | | | | |
| 126 US Savings Bonds | C | Interest | L | U | | | | | |
| 127 US Treasury Bills | C | Interest | K | T | | | | | |
| 128 Mosler Inc., bond | B | Interest | J | T | | | | | |
| 129 Tennis Club of Albuquerque debenture | A | Interest | J | T | | | | | |
| 130 American Real Estate Partners, limited ptnrshp | A | Dividend | J | U | | | | | |
| 131 Family partnership, 1/10 share in mortgage note | A | Interest | J | U | | | | | |
| 132 Interest in Harper Hill Trust (rl est--San Juan County, NM) | A | ** | K | W | | | | | |
| 133 Discover Bank CD | B | Interest | | | | | | | |
| 134 | | | | | | | | | |
| 135 | | | | | | | | | |
| 136 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |